36 F.3d 1093
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Vernon L. QUINN, Plaintiff Appellant,
and
Michael REDFERN, Plaintiff,
v.
Frank MCGUIRT, as Sheriff of the County of Union; Joe
Moore, Chief Deputy; Lieutenant Simpson, as Jail
Administrator of the County of Union; Allen Burns,
Sergeant; as Watch Commander of the Department; LARRY
Kennedy; Perry Caskey; Officer Crook; Kevin Helms, and
other Deputy Sheriffs and/or Detention Officers assigned to
the Union County Jail, on behalf of themselves and all
others similarly situated; John Doe, Doctor; as physician
employed by the County of Union and assigned to the Union
County Jail; Flora Kimbell, Ms., as nurse employed by the
Union County Sheriff's Department and assigned to the Union
County Jail, on behalf of herself and all others similarly
situated; Walt Perry; Leroy J. Pittman, III; Parker
Mills; Susan Baucom; Larry E. Harrington, as members of
the Union County Board of Commissioners as funding source
and supervisors of the Union County Jail; V. LEE Bounds;
Monroe Waters; Gregg Stahl; Dan Stewart; Jerry Hodnett;
Lola Denning; Joe Hamilton; John Patseavouras; Lou
Colombo, as members of the North Carolina Board of
Corrections, also as funding source and supervisors of the
Union County Jail, Defendants Appellees.
 No. 94-6435.
 United States Court of Appeals, Fourth Circuit.
 Submitted Aug. 25, 1994.
Decided Sept. 27, 1994.
 
 Before RUSSELL and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 Vernon L. Quinn, Appellant Pro Se.
 Henry Ligon Bundy, Donald C. Perry, PERRY & BUNDY, Monroe, North Carolina, for Appellees.
 AFFIRMED.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his 42 U.S.C. Sec. 1983 (1988) complaint. Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Quinn v. McGuirt, No. CA-92-422-3-MU (W.D.N.C. Apr. 5, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED